# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF SHEILA CURRY SAYER, DECEASED | : | No. 98 MM 2016 |
| | : | |
| | : | |
| | : | |
| PETITION OF: MICHAEL CURRY BLOOM | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 30th day of September, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.